IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LADONNA MARIE FAIR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:25-CV-3121-D |
| | § | |
| ALLY FINANCIAL INC., | § | |
| | § | |
| Defendant. | § | |

**ORDER**

On September 1, 2026 the United States Magistrate Judge made findings, conclusions, and a recommendation ("FCR") in this case (ECF No. 58). No objections were made to the FCR. The undersigned district judge reviewed the FCR for plain error. Finding none, the court adopts the FCR of the United States Magistrate Judge.

The court therefore denies plaintiff LaDonna Marie Fair's motion for temporary restraining order and preliminary injunction (ECF No. 36).

SO ORDERED.

September 29, 2026.

SIDNEY A. FITZWATER
SENIOR JUDGE